UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/08

------------------------------------------------------------x

JUAN ZHENG, et al,                   :    08 Civ. 05715 (RJH)
                                     :
                    Plaintiffs,      :
                                     :
       -against-                     :    **ORDER**
                                     :
U. S. CITIZENSHIP & IMMIGRATION      :
SERVICES, et al,                     :
                                     :
                    Defendants.      :
                                     :
------------------------------------------------------------x

The pretrial conference scheduled for September 05, 2008 is rescheduled to October 02, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
August 22, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge