**U.S. Department of Justice**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **9/3/08**

*United States Attorney*
*Southern District of New York*

*86 Chambers Street, 3rd Floor*
*New York, New York 10007*

August 26, 2008



RECEIVED
AUG 2 6 2008
CHAMBERS OF
RICHARD J. HOLWELL

BY FACSIMILE
Hon. Richard J. Holwell
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007

Re:    Zheng, et al. v. USCIS et al.,
       08 Civ. 5715 (RJH)

Dear Judge Holwell:

This Office represents the defendants in the above-referenced matter, in which plaintiffs Juan Zheng and Wu Chen allege that United States Citizenship & Immigration Services has unreasonably delayed adjudication of Zheng's Form I-130 Petition for Alien Relative and Chen's Form I-485 Application for Adjustment of Status. Plaintiffs seek an order compelling defendants to adjudicate their respective applications. The Court has scheduled an initial pre-trial conference for October 2, 2008, at 10:30 a.m.

I write respectfully to request an extension of time – from August 26, 2008, to September 26, 2008 – in which to answer or otherwise respond to the complaint. Plaintiffs' counsel, who consents to this request, has informed me that plaintiffs were recently interviewed by CIS, and the parties are hopeful that this matter can be resolved without the need for further judicial intervention. The extension will allow CIS additional time to adjudicate the applications, which would render this case moot.

I thank the Court for its consideration of this matter.

Respectfully submitted,

So ORDERED

USDJ
9/3/08

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York

By: _____
DAVID BOBER
Assistant United States Attorney
Tel. No.: (212) 637-2718

cc:    Romben Estrada Aquino, Esq.